PAUL KAHN, RELATOR, v. EDWARD A. McGRATH, JUDGE OF THE ELIZABETH DISTRICT COURT, AND GEORGE J. SMITH, CLERK OF THE ELIZABETH DISTRICT COURT, DEFENDANTS.

Submitted June 2, 1927—Decided November 25, 1927.

On rule to show cause why a writ of *mandamus* should not issue.

Before Justices TRENCHARD, KALISCH and KATZENBACH.

For the relator, *Michael H. Feldman.*

For the defendants, *Henry S. Waldman.*

PER CURIAM.

We incline to think that there is presented by the matters laid before us sufficient to justify the award of an alternative writ of *mandamus,* and it will be awarded accordingly.